UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           vs.<br><br>GUILLERMINA ZAZUETA FELIX (1),<br><br>                        Defendant. | Case No. 24-CR-2363-BAS<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

      Pending before the Court is the United States of America's motion to dismiss without prejudice [ECF 25]. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Guillermina Zazueta Felix.

      Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

      **IT IS SO ORDERED.**

Dated: April 7, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court